# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GARY DIAZ, | |
| Plaintiff, | Case No. 2:11-CV-01219-KJD-CWH |
| v. | **ORDER** |
| WELLS FARGO BANK, N.A., INC., *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Finding & Recommendation (#4) of Magistrate Judge Carl W. Hoffman entered on January 24, 2012. Judge Hoffman recommend that Plaintiff's Complaint be dismissed with prejudice because he failed to comply with the Court's order to pay the filing fee within 30 days of the Court's order denying his application to proceed *In Forma Pauperis* ("IFP").

Plaintiff filed an Objection (#5) arguing that he had not received a copy of the order denying his IFP and that the Complaint should not be dismissed with prejudice..

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Docket reflects that the order denying the IFP was delivered to Plaintiff's address of record. Accordingly, the Court adopts the Report and Recommendation that

the Complaint should be dismissed. However, the Court does not adopt the recommendation that the Complaint be dismissed with prejudice.

Accordingly, **IT IS HERE BY ORDERED** that the Report & Recommendation (#5) of the United States Magistrate Judge entered January 24, 2012, should be **ADOPTED** and **AFFIRMED** as to the dismissal of the action only.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

DATED this 31st day of July 2012.

_____
Kent J. Dawson
United States District Judge